**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Chief Jurist **ILYA LIVIZ D.L.D.,** ) | CASE NO. _____ |
| National Academy for Jurists, on behalf of ) | |
| himself and all others similarly situated ) | **WE THE PEOPLE** |
| *Plaintiff,* ) | **DEMAND YOU INSTALL** |
| v. ) | **VIDEO COURT RECORDING** |
| ) | |
| **SUPREME COURT OF THE** ) | **FOR THE PEOPLE SUBMISION** |
| **UNITED STATES OF AMERICA,** ) | BY |
| **JOHN G. ROBERTS,** chief justice of ) | *JURIST* **FOR JUSTICE** |
| the Supreme Court of The United States ) | |
| **CLARENCE THOMAS,** associate justice ) | 1) DUE PROCESS & EQUAL PROTECTION |
| of the Supreme Court of The United States ) | VIOLATION OF 1st, 5th, 6th, 10th, 14th AMEND |
| **RUTH BADER GINSBURG,** associate ) | |
| justice of the Supreme Court ) | 2) DEPRIVATION OF CIVIL RIGHT |
| of The United States; ) | PURSUANT TO 42 U.S.C. § 1983 |
| **STEPHEN G. BREYER,** associate justice ) | |
| of the Supreme Court of The United States ) | 3) *NOVEL* PRESENTMENT FOR BREACH OF |
| **SAMUEL A. ALITO, Jr.** , associate justice) | IMPLIED WARRANTY CONTRACT CLAIM |
| of the Supreme Court of The United States ) | |
| **SONIA SOTOMAYER,** associate justice ) | 4) FEDERAL TORT CLAIMS ACT |
| of the Supreme Court of The United States ) | PURSUANT TO 28 U.S.C. § 2674 |
| **ELENA KAGAN,** associate justice ) | |
| of the Supreme Court of The United States ) | 5) [ALTERNATE] FALSE CLAIMS ACT |
| **NEIL M. GORSUCH,** associate justice ) | PURSUANT TO 31 U.S.C. §§ 3729-32 |
| of the Supreme Court of The United States ) | |
| **BRETT M. KAVANAUGH,** associate ) | **FIRST EVER PUBLISHED COMMERCIAL** |
| justice of the Supreme Court ) | IN A FEDERAL CIVIL COMPLAINT WITH |
| of The United States; in official capacities. ) | PUBLIC NOTICE, PRAYER & PATRIOT PIC. |
| *Defendants,* ) | |
| _____ ) | **THE JUSTICE PROVIDER IS** **CONGRESS**[1] |
| **WITH JURY TRIAL REQUESTED** | KEEP PASSING LAWS - **GOD BLESS YOU!** |

**COMPLAINT FOR TEMPORARY RESTRAINING ORDER, DECLARATORY**
**JUDGMENT, AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF**
**MEMBERS OF THE SUPREME JUDICIAL COURT OF THE UNITED STATES**
**DUE TO PRESENCE OF IMPARTIALITY BASED ON PUBLIC ADMISSIONS**

As a citizen of my country, and pursuant to the Core Values of a *jurist*, it serves to
protect the constitution and the rights of the people, to serve this DEMAND against SCOTUS.

---

[1] Five (5) Justices are more likely to get it wrong (six justices constitute a quorum 28 U.S.C § 1) than the entire
bipartisan Congress who represent many hard working Americans trying to better our nation; continuously
promulgating new laws to keep up with technological advancement is mandatory for maintenance of people's rights,
economical growth and security by remaining a global leader - made possible by writing and updating laws.

*Everyone laughed at Ford's assembly line concept; someone has to go first - 1st Amend. Proof*

## UNITED STATES STANDS FOR JUSTICE



**FOR THE PEOPLE**

"I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all." *See* 4 U.S.C. § 4.

**Ilya Liviz D.L.D.**
Chief Jurist of National Academy for Jurists[2]
*Jurists* for Justice
U.S.A.

Pursuant to First Amendment Freedom of Speech and Right To Petition

- 12/09/2018 -

---

[2] Non-profit authority (draft submission for accreditation pending) dedicated to administration of justice that is fair and just pursuant to the laws; with strict adherence to jurist's Core Values - *Jurists* for Justice. www.NAFJ.US

## ALTERNATE REALITIES BASED ON DIFFERENT PERCEPTION

Example 1.

ATTORNEY: This myasthenia gravis, does it affect your memory at all?
WITNESS: Yes.
ATTORNEY: And in what ways does it affect your memory?
WITNESS: I forget.*
ATTORNEY: You forget? Can you give us an example of something you forgot?

*Was the witnesses telling us he/she forgets, or the witnesses unable to answer because the witnesses forgot?  We tend to focus on counsel's duty to preserve the record, but what about the party's due process rights, and judge's duty to fair and just administration of law; if we can improve correctness of evidence presentment and  accuracy of decision making, does it not place a duty upon the judiciary, as part of complete adjudication, to seek truth first and resolve second?

Example 2.

ATTORNEY: So the date of conception (of the baby) was August 8th?
WITNESS: Yes.
ATTORNEY: And what were you doing at that time?
WITNESS: Getting laid. *

*I hope you assumed the witnesses was laid traditionally in Hawaii?  The need to remain open minded to criticism, in part, is necessary to always assume there are different perceptions that are inapposite of your own. If your duty entails processing thousands of briefs, even if you are able to identify all the facts and issues, there is still the possibility of looking at it from a different angle, *exampli gratia*, the royal finger below represent count of three as self evident *infra*; some stakes are so high there is no room for error requiring to consider all possibly conceived realities.



## SYNOPSIS

1.    The purpose of video recording is similar to having an open court; to keep the government honest and free of error which we all, as human beings, are prone to.  And, to make available best evidence for use by the litigants for re-trials, re-hearing, preservation of record, and appellate review.  Error within the judiciary results in deprivation of rights and economical stagnation; transparency of judiciary will lead to public trust - judges serve us.

## PARTIES

2.    The *Jurist* Ilya Liviz D.L.D. ("Liviz"), is an individual and a citizen of the United States of America residing within the Middlesex County in Lowell, Massachusetts.  A practicing attorney and Chief Jurist of National Academy for Jurists ("NAFJ") a non-profit authority granting *De Lex Doctorate* ("D.L.D.") The Doctorate of Law for *jurists* for justice (accreditation application submission pending) with passion and goal to pursue justice through enforcement of civil rights, civil liberties, and equal protection of the laws for all.

3.    Defendant Supreme Court of The United States ("Defendants" or "SCOTUS") is the highest court of the United States of America judiciary made up with one (1) Chief Justice and eight (8) Associate Justices: 1) Chief Justice John G. Roberts Jr.; 2) Associate Justice Clarence Thomas; 3) Associate Justice Notorious One and Only Ruth Bader Ginsburg; 4) Associate Justice Stephen Breyer;  5) Associate Justice; Samuel Alito; 6) Associate Justice Sonia Sotomayor;  7) Associate Justice Elena Kagan; 8) Associate Justice Neil Gorsuch; 9) Associate Justice Brett Kavanaugh; are the members who make up the full court conducting their business in SCOTUS located at 1 First Street, Northeast Washington, D.C..

4.

## JURISDICTION & VENUE

5.    "The judicial Power of the United States, shall be vested in one supreme Court,".  *See* U.S. Const. Art. III, § 1.  "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States,".  *See ibid*. at § 2.

6.    SCOUTUS are bound by oath or affirmation to support the U.S. Constitution in charge of administrative oversight of all lower courts, including the federal district court located at 1 Courthouse Way in Boston, MA 02210.  *See* U.S. Const. Art. VI, at ¶ 3.

7.    "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331
SCOUTUS has only appellate jurisdiction on matters concerning law and fact.  *See* Art. III, in § 2, at ¶ 2.

8.    "The district courts  shall have original jurisdiction, concurrent with the United States Court of Federal Claims ... Any other civil action or claim against the United States, not

exceeding $10,000 in amount, founded either upon the Constitution, or any Act of Congress, or any regulation of an executive department, *or upon any express or implied contract with the United States* ..." *See* 28 U.S.C. § 1346(a)(2) (emphasis added.)

9.    "The district courts  shall have original jurisdiction of any civil action or proceeding arising under any Act of Congress regulating commerce or protecting trade and commerce against restraints and monopolies..." *See* 28 U.S.C. § 1337(a)

10.   This Honorable Court shall have original jurisdiction  of any civil action authorized by law to be commenced by any person to redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States.  *See* 28 U.S.C. § 1343(a)(3).[3]

11.   Venue is proper in this district because multiple defendants reside in this district and because a substantial part of the events or omissions giving rise to the claims alleged herein occurred in this district. *See* 28 U.S.C. § 1391(b)(l), (2).

12.   "The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances..." *See* 28 U.S. Code § 2674 Tort Claims Act against the United States is initiated within two years, without notice to agency because injury is ongoing.  *See* 28 U.S. Code § 2401.

13.   Complaint is initiated in district court under 31 U.S.C. § 3732(a) of False Claim Act because Defendants are accountable for rules and regulations concerning maintenance of the judiciary, and exercise control over property in the form of legal opinions that are issued by its courts, and relied upon the people as being truthful.

## MANDATORY RECUSAL

14.   Each state must give full faith and credit to judicial records and proceedings; "[a]nd the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof."  *See* Art. IV., § 1 (indirect argument.)

15.   "Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: 'I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties

---

[3] This action is initiated pursuant to violation of 1st, 5th, 6th, 10th & 14th Amendments to the U.S. Constitution's for deprivation of fair and meaningful access to the court, and pursuant to Civil Rights Act.  If however, this court, *inter alia*, is not able to maintain this action pursuant to constitutional grounds, Liviz reserves the right to amend the complaint, as necessary, to enforce rights as relator pursuant to False Claims Act, or other Act of Congress.  based on violations that fall under Federal Tort Act with jurisdiction under 28 U.S.C. § 1343(a)(3).

incumbent upon me as ____ under the Constitution and laws of the United States. So help me God.' *See* 28 U.S.C. § 453

16. "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See* 28 U.S.C. § 455

17. Although SCOTUS only has appellate jurisdiction on this matter, due to publically made statements, demand is being made for the defendants to recuse themselves, in advance, with Chief Justice Roberts selecting a circuit court to serve as appellate court shall defendants decide to appeal district court's decision.

### AUTHORITY FOR DECLARATORY & INJUNCTIVE RELIEF AUTHORITY

18. This Honorable Court is able to issue its Declaratory Judgment pursuant to 28 U.S.C. §§ 2201-02, implemented through Fed. R. Civ. Pro. R 57, and to issue the preliminary and permanent injunctive relief pursuant to Fed. R. Civ. Pro. R. 65 at its earliest convenience.

19. Matters concerning installation of video recording within the courts concerns non-judicial administrative function.  If, *arguendo*, defendants try to claim inapposite, Plaintiff can maintain action still; "... any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. *See* 42 U.S.C. § 1983.

### DEFINITION OF "PROPERTY"
(Legal Opinion/Precedent)

20. Throughout this complaint, when referenced to "property", it shall interchangeably also mean the "legal opinion" precedent held in *Amadi v. McManus* (Lynn Juvenile Court, Dk. No. 14CP00030LY) civil actions consisting of special counsel/investigators and not actual injured parties; *Amadi* is a father who had his children placed with DCF by juvenile court judge *McManus*.  *See Benneth O. Amadi v. Garrett McManus, et al.*, CA Nos: 16-cv-10861-NMG, Lexis 90246, WL 3814597 (D. Mass. Jul. 11, 2016); 16-cv-11901 (D. Mass. 2016); 16-1960, Lexis 27467 (1st. Cir. 2017).

### FACTS ALLEGED

## I. PLAINTIFF'S CASE & CONTROVERSY

A.  Fake and Erroneous Precedent

21. The *Amadi* matter has been used as precedent on which other cases rely to make their decision on.  However, the *Amadi* case does not represent real parties and is a case created like a "mirror" case, with inherent errors, and most importantly fraudulent presentment of fake and made-up facts which do not represent real life environment.

22.  In *Amadi* care and protection proceedings in juvenile court ("C&P") were initiated after Department of Children and Families ("DCF") removed *Amadi's* children from his custody on January 27, 2014. *See* CA 1:16-cv-10861-NMG Complaint Doc. 23 at ¶ 16. The trial on the merits commenced before defendant Hon. Judge Garrett McManus ("McManus") in juvenile court on September 8, 2015 (emphasis added). *Ibid* at ¶ 83. The trial then continued for more than two hundred and fifty (250) days, and was still ongoing as of June 8, 2016. *Ibid* at ¶ 86. Amadi, predicts that the trial will need up-to or extra 366 days to conclude. *Id*.  These facts show that allegedly "some-how" the trial has been ongoing for many years!

23.  Although while some arguments may have been beneficial to "*Amadi*", they missed key issue that affects every other individual that finds themselves in the same predicament, exampli gratia, the judge was not biased against *Amadi*, but is actually inherently biased against all litigants by favoring to accept the state's (Department of Children and Families - "DCF") position.[4]

24.  The attorneys on the case are actually special counsel assigned for investigative purposes, exampli gratia, they have special BBO number (37,950).  *See* CA 1:16-cv-16-cv-11901-NMG, at doc. 41-4, BBO number for Ms. Benotti is 37,950.[5] Also Brian Clerkin of Liviz's child's attorney BBO number is 86,580. *Ibid*.

25.  It is important to recognize the "take me up" with an "attorney" suggests moving from a court room on lower level, to a courtroom in a higher level.  Liviz overheard  a McManus case being dismissed in juvenile court in Lowell juvenile court; court with a lower level and upper level.  Furthermore, Liviz has been fully aware of the fake clients that are investigating, and the many that are unaware.  Including the failure of the "investigation" to recognize the cause of the problem was actually not DCF but the judiciary that gave DCF the stamp of approval to maintain their unconstitutional actions (both accountable).  There was an ongoing investigation, that few people were aware of; but, there were competing views whether Liviz was mentally ill, or simply telling it how it is, and is simply grieving for losing his constitutional right to be father - thus the need for a "mirror" case concerning issues with Liviz.

26.  Liviz telephoned attorney "*Amadi*" to make inquire of the case; what had an "appearance" of being untrue on paper, was confirmed by the phone call - *Amadi* case is a "fake" case. *Amadi* spoke over the telephone in a nonchalant manner and with disinterest that is unlike of a father who lost rights to be a dad.  Moreover, *Amadi* failed to make any comments as to typical issues someone like him would run into, exampli gratia, motion for abuse of

---

[4] Care and protection juvenile court proceedings (child welfare and protection cases) hearings are held in closed doors in which the judge relies heavily on the state's (DCF) position as to what is the best interest for the child, *id est*, the system design creates an unfair treatment of the litigants; parents are presumed guilty of parental unfitness.

[5] In Massachusetts, when you get your BBO number, you get to sign in the famous attorney book, over time the book had to have additional pages to reflect new members to the Massachusetts Bar. Thus, numbers get "larger" with each new graduating class. Anyone who is still alive would have their BBO number in the hundred thousand range. Here, we have a very low number, because it is assigned to "special" counsel that come in to investigate.

discretion do not offer their purpose, appellate relief does not offer redress, DCF relies on arbitrary, capricious and whimsical decision making.

27.  Liviz attempted to "intervene" pursuant to Fed. R. Civ. Pro. Rule 24 into the "mirror" case *Amadi* (No. 16-cv-11901-NMG, at doc. 42) with full knowledge it was a "fake" case.  Liviz knew that it created a "cool" situation of the litigant for whom the "mirror" case has been created now wants to intervene because he is observing error within the "mirror" case from which precedent will be made to control Liviz's case.  It is of interest, *Amadi* recently filed a Motion for Reconsider, but failed to recognize the standard for that motion requires presentment of new evidence that was otherwise not available previously, *id est*, adjusting to the strategy chosen by this *jurist*.

28.  At present, and the cause of case & controversy, *Amadi's* case and appeal results, created *precedent* which pursuant to *stare decisis* district court must follow; this jurist had his case dismissed because of Amadi's precedent.  *See Ilya Liviz v. Supreme Judicial Court of The Commonwealth of Massachusetts* CA 1:17-cv-12345 Doc. 57 Memorandum and Court Order of Honorable Judge Casper p. 5 (Supporting her decision by referring several times to; "*Amadi v. McManus*, No. 16-cv-10861-NMG, 2016 WL 3814597, at *4 (D. Mass. July 11, 2016), aff'd, No. 16-1960, 2017 WL 7048503 (1st Cir. Oct. 16, 2017)... *Amadi*, 2016 WL 3814597 at *4... *Amadi*, 2016 WL 3814597 at *4.")(Case dismissed without a hearing.)

B.  Example Transcript Issue[6]

29.  Things on video become more obvious because there is a presence of more "facts" on which to base an opinion on; nevertheless, this jurist is able to decipher unnatural behavior that are unlikely to occur in a typical court room environment.

30.  The pro se father introduces himself, and his "side counsel" introduces the court with a reminder of his role as "side counsel" and then there is a confusion as to the name of whom he is "side counsel", which the court questions and "side counsel" has to repeat.  This would not happen in court because the side counsel would be standing next to the father and it would be readily obvious.  In other words, it is more likely that the record would have confusion because the parties would fail to record accurately of the relationship because it would be obvious to everyone that counsel standing next to father is his counsel. *See* Ex. A, p. 2, at lns. 19-25.

31.  The Court is still addressing "father's request" without communicating to father and side-counsel who are before him; there is a sense of making reference to outside of activity.  *See id*., p. 3, at ¶ 1.

32.  The court notes; "[a]llowed for video recording" (something this *jurist* wanted to have access to), with a confusing "no -- 'audio recordings only." This is confusing, with little interaction between *Amadi* with side-counsel and the court. *See* Ex. A, p. 3, at ¶ 2.

---

[6] The beautiful thing about this case, *arguendo*, if this was a one, and one time only occurrence,  the fact that it CAN HAPPEN, is sufficient evidence to warrant installation of video recordings.

33. There is a discussion "... about whether or not father would be *pro se* or whether or not he was going to have the assistance of [side-counsel] ...". The Court answers the question (without asking the alleged father or the side-counsel) "[f]ather is primary on this, and there's no question in my mind." *See id.*, p. 4, lns. 9-15. This is almost impossible to occur, and would be very disrespectful to the alleged side-counsel who is standing next to father before the court; the obvious is this is a "mirror" case that was talking about the "real" father in a separate proceeding.

34. The guy that doesn't know how to "cross-examine" (*id.* p. 4, ln. 24 - p. 5, ln. 2), has a heart of gold, and I would rather have him stand by me than anyone else; moreover I rather give him the opportunity. Thus, a first of its kind novel presentment of 3rd party communication via federal complaint against SCOTUS. *See* immediately *infra*.

<u>Disclaimer</u>
Jurists for Justice protect the U.S. Constitution by publically displaying & exercising its powers.

**FIRST EVER COMMERCIAL WITHIN A FEDERAL CIVIL COMPLAINT**[7]
<u>National Academy for Jurists</u>
("NAFJ")
This is a non-profit privately owned authority granting *De Lex Doctorate* - The Law Doctorate for *Jurists* for Justice. [8] (Presently not open to the public pending submission for accreditation.) With advancement of science, research and technology comes discovery and innovation. Within the legal world this year was the birth of NAFJ which has an interest in improving the administration of justice within our court systems and hope to create a better court experience for all parties. Jurists for Justice exhibit passion and make it their life goal to administration of courts that is fair and just. If you would like to consider becoming a *Jurist* for Justice be warned; it is not for everyone. This life requires long hours of work, taking on mostly *pro-bono* cases with little pay; but, you get to work on ground breaking matters concerning justice within the judiciary. Jurist's prerequisite is a J.D. with state license in good standing. We require strict adherence to the jurist's Core Values disused in more details at www.NAFJ.US

Very truly yours

/s/ ilya liviz D.L.D.
Chief Jurist and Founder
National Academy for Jurists

---

[7] Pursuant to Fed. R. Civ. Pro. Rule 8(a) complaint maintains short and plain statements, with entire complaint being under twenty pages, of which only single page reserved to expression pursuant to First Amendment Right to Freedom of Speech, reserved to 3rd party message, screened pursuant to Local CM/ECF Adm. Pro. R. N. (1-5), & S., and Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and the E-Government Act of 2002, personal identifiers (PID)

[8] *Jurist* with The Law Doctorate are officers of the court and is subject to the Massachusetts Rules of Professional Conduct ("Mass. R. Pro. C.") promulgated by SJC Rule 3:07, as amended October 1st, 2018. Jurist with a Law Doctorate of Laws hold themselves out as a legal expert in and writing of law, and must be able to demonstrate such skill pursuant to Mass. R. Pro. C. Rule 7.4(b). Pursuant to Mass. R. Pro. C. Rule 7.4(c)(2) NAFJ is a non-profit "private organization, whose standards for [granting the D.L.D.] are not regulated by a state authority or the American Bar Association." However, at all times all *pro bono* and private work is governed and subject to the Massachusetts Board of Bar Overseers of the Supreme Judicial Court, and the Jurist shall list with their signature the state's BBO#. Pursuant to Mass. R. Pro. C. Rule 8.5(a) the disciplinary authority may vary depending the jurisdiction the jurist advocates before.

**FIRST EVER PUBLIC ANNOUNCMENT/ 3RD PARTY COMMUNICATION**

TO: Marcus Scott Esq.                                                12/10/2018
    ScottCollins, LLP of North Andover, MA

To my boy Marcus from Oakland,

How u doin bra? How are the Raiders; still losing? :) I appreciate you more than you know!  Would you like to be the first attorney in MA history do a jury trial in  C&P?  I am filling a pleading forthwith that I am confident will make history[9] - you want to carry the torch?  I have full faith and confidence in you; sometimes it's all about the ride and not the destination - all you.
God Bless,

/s/ ilya liviz D.L.D.
Chief Jurist and Founder
National Academy for Jurists

**PRIVATE PLACE FOR PRAYER**

"Father, thank You for another day to see Your goodness in my life.  Help me to see myself the way You see me.  help me to see the plans You have for me so that I can be empowered by You to fulfill my destiny.  I love You and bless Your name today." Amen.  Quoted from Joel Olsteen's Every Day is A Friday, in p. 46, at § 2 (2012).

**AMERICAN PATRIOT SPOTLIGHT**



The "American Patriot Spotlight" is a place for a picture in support of the U.S. Constitution.  Our founding fathers committed treason punishable by death against the king so we can have our independence.  Lives were lost and taken, for the benefit and betterment of our great nation. Presented here pursuant to the First Amendment's right to freedom of speech and expression.

---

[9] The court failed to recognize if there is an a right to a jury trial, because it is a fundamental right, everything the court has done since the request was made was exercise of usurp authority; unlawful judicial action that is without subject matter jurisdiction.  *See In Re: Care & Protection of Minor*, 84 N.E. 3d 1254 (Nov. 10, 2017)

35.   The argument presented to the court and properly denied by the court; "... that Department took [Amadi's] children because [his] a man" does not have factual support.  *See* Ex. A., p. 10, at lns. 7-8.  Just because the child was removed, and father is of different sex than the majority of parents who raise their children, does not give rise to gender discrimination.  Even if there was presence of such, the argument takes away from the stronger argument that the department lacked the ability to show *Amadi* would put his child/ren at risk of abuse or neglect if he was given the children under CRA or other court-observed option.  Video could shed light if *Amadi* erroneously pressed on the court wrong choice of argument.

36.   Note: there is presentment of erroneous law and highly unlikely statements, *exampli gratia*; "[t]he Department is going to be presenting evidence, and you're going to be attempting to persuade the Court that the evidence is insufficient (*id*. p. 12, at lns. 7-9) (trial on the merits is based on clear and convincing standard)[10]; "I was told in May that they took my children because I'm a man" (*id*. p. 12, lns. 16-17) (highly unlikely and weird statement)[11] but, for purposes the transcript is used here (support there is a mirror case) is not necessary to look for; "mandated reporters' identities are confidential" (*id*. p. 13, at lns. 10-11) (this is not true; however if the mirror case has issues concerning executive privilege, they may not have full disclosure).

37.   It is interesting to see the court state; "[t]he record is made.  It's here in writing.  In the event that this matter is appealed, the Appeals Court gets this.  So we have the record."  *See* Ex. A, p. 10, at lns. 17-19.  It is funny that they are going to get the "record" that they are allegedly making in the courtroom!?  "If you want to appeal this one, you can get a copy of this tape as well, and ... ". *See* Ex. A, p. 15, at lns. 22-23.

38.   *Amadi's* statement; "[i]f the stage was wrongfully set, the case is based on nothing", shows (no disrespect - you have your talents) that *Amadi* is missing the point; as McMannus states, it is only used to set the stage and does not come in as evidence.  *See ibid*.

39.   The alleged father, *Amadi*, is standing right there, yet both counsel, *Amadi* and Ms. Benotti are referring to father in 3rd person in regards to motion practice concerning the "real" father.  *See id*. p. 16, at lns. 15-25.

40.   McMannus responds to *Amadi's* attempt to pierce attorney client privilege with asking *Amadi* to prove it at trial if he can and further stating in violation of Code on Judicial Conduct; "I do need to tell you, though, okay, that Attorneys Benotti and Koral, in the 15 and 20 years that I have known them, have been nothing but ethical." *See id*. p. 20, at lns. 5 -8.  The court is testifying as to the possible witnesses character; while speaking of ethics

---

[10] It is of interest, a mirror case could determine if the evidence is sufficient to present to the fact finder; if not a dismissal is warranted otherwise a harder abuse of discretion will need to be used to review the fact finder's decision.

[11] To some extent, such discrimination does not even exist; what is more likely, *exampli gratia*, in the face of alleged domestic violence accusations without ability to prove for sure who is the true victim, a man may experience discriminatory assumption as perpetrator of abuse, and it would be presented as such.

presents an ethical dilemma warranting recusal.  There is back and forth talk that seems on paper like unlikely communication that follows to the next page.

41. McMannus clearly has *ex parte* communications with mother's attorney Nancy Benotti, *exampli gratia*, court states "[t]ake me up.", and when there was no response, the court had to first get counsel's attention "[a]ttorney Benotti ... Take me up. We're done."  *See id.* p. 22, lns. 4-9.  This analysis is not as obvious and may have various versions; a video would easily confirm if the court was accompanied by special counsel (did not say "thank you" may be because she accompanied her *ibid.*).

42. The availability of "mirror" case for DOJ or other state investigative law enforcement, is a great tool; however, because we now know about it, and it in fact creates "fake" cases, due process requires that the "fake" case has at the very least their facts right, which is not possible unless it includes the real parties.  This jurist's case (Liviz v. Supreme Judicial Court of the Commonwealth) was thrown out based on *Amadi's* erroneously created precedent.


## II.  BENEFIT FOR THE PEOPLE

### A.  General Landscape

43. "All courts of the United States shall be deemed always open for the purpose of filing proper papers, issuing and returning process, and making motions and orders."  *See* 28 U.S.C. § 452.

44. Video recording of proceedings offer new and/or additional evidence which presently is not available.  This evidence can be used by litigants to support or oppose their position, *exampli gratia*, error in court proceedings which is memorialized by video record.

45. Video record provides evidence that is different than the presently used audio record that is presented for appellate review.  It is a great tool to possibly address bias or prejudice. Human reactions, or lack thereof can be seen on video are otherwise not available on a transcript.  Video records, *inter alia*, can offer evidence to show misconduct, *exampli gratia*, juror falling asleep, prosecutorial misconduct, judicial bias (judge rolling their eyes, or the shaking of the head in denial before even hearing the evidence), ineffectiveness of defense counsel due to illness or exhaustion, identity of witnesses, use of Smartphone, inappropriate communication with other members in the court, *etcetera*.

46. Video record will also add to the integrity of the judicial system, by offering the people transparency.  Judges would still have discretion for closing hearings when the need arises, *exampli gratia*, national security, law enforcement related issues, minors, safety concerns, classified and impounded material, preliminary review under seal, *etcetera*.

47. Litigants, especially criminal defendants and parents in quasi-criminal proceedings, must have the availability of this evidence and it is shocking that they would be denied the benefits of a complete appellate review.

B.  Video Preserves Impact

48. Without commenting on justices position, Late Hon. Justice Scalia did admit when audio transcript is compared to a video there is a different; "it doesn't have that kind of impact". *See* C-SPAN Q&A interview, *Justice Scalia on Cameras in the Supreme Court*, C-span, Jul. 26, 2012, available on Youtube at https://www.youtube.com/watch?v=F6gktBWhzc8&t=8s

49. It is also interesting to recognize, the audio transcript of the Q&A interview, inter alia, fails to preserve, what the video also shows Late Hon. Justice Scalia strengthen his voice and with his fist hitting the other palm to add significance to the "impact"; additional information that would otherwise go unnoticed.  *See id*. at 2:42.

50. This impact has MANY benefits for evidence presentment, *exampli gratia*, when appellate review concerns a juror's impartiality, affect on other jurors, or response to evidence that was objected to and sustained, the impact that is seen only by video evidence has no way of being presented for appellate review.

C.  Video Recording of Jury Deliberations

51. Very often appellate courts tackle issues concerning matters alleging inappropriately admitted or jury considered evidence.  Instead of speculating on whether the allege erroneous evidence tainted the jury or not, video/audio record of the jury deliberations would provide concrete answers as to how, if at all, the alleged evidence was being used.

52. Many times effectiveness of a juror instruction are speculative; direct look into the deliberations can show whether specific instructions' intent worked.  New studies can lead to discovery of and implementation of new instructions.  Entities like commission for justice, standing committees for proposing recommendations to the court rules and procedures would stand to benefit greatly to have access to such recourse.

53. The court recognizes; "[e]ven apparently innocuous comments about the case from someone like a courtroom deputy such as 'job well done' may be sufficient to taint a discharged juror who might then resist reconsidering her decision."  *See Dietz v. Bouldin*, 136 S. Ct. 1885 (2016).  The court further recognizes jurors taint may be innocent and unsuspecting; "[i]t is a now-ingrained instinct to check our phones whenever possible". *See id*.  Without commenting on the decision; I respectfully point out the case-law failed to address questioning of a juror even by the best of judges may not always elicit appropriate response, *exampli gratia*, inquiry concerning communications may be answered in the negative by a juror who failed to appreciate that a "thumbs up" from a court officer is a type of communication which the judge is inquiring about - easily seen however on video.

## III. PRESENT STATE OF VIDEO RECORDING COURTROOM PROCEEDINGS

54.     The Federal Judicial Center conducted a pilot study of the federal district courts' video recording courtroom proceedings.  The consensus of judges and lawyers that the invisible video recording will not interfere with court procedure and administration once the technology is adopted to.  *See* Molly Treadway Johnson, *Video Recording Courtroom Proceedings in United States District Courts: Report on a Pilot Project*, Federal Judicial Center (2016).

55.     The study unfortunately failed to recognize the importance of affect on appellate review, and the need for statistical data that compare the "before and after" (e.g. double blind study) affect of video recording has on accuracy of the decision making and outcome.

56.     We need to have zealous advocates that would implement video data during appellate review.  There may be a need for training to get appellate counsel up to speed.  As it stands, for purposes of due process, the study completely missed the point and does not address issues that concern complete, accurate and correct adjudication.

## <u>CLAIMS OF ACTION</u>

### <u>COUNTS I - III</u>

(Violation of 1st, 5th, 6th, 9th, 10th, & 14th Amendments for Due Process Counts: I) Right To Fair and Impartial Trial; II) Procedural Due Process Rights; III) Right to Equal Protection of The Law.)

57.     Liviz incorporates and re-alleges all of the aforementioned and foregoing allegations herein.

58.     Right "... to petition the Government for a *redress of grievances*." *See* Amend. I. (emphasis added.)

59.     "... *nor be deprived of life, liberty, or property, without due process of law*; nor shall private property be taken for public use, without just compensation.  *See* Amend. V. (emphasis added.)

60.     "In all criminal prosecutions, the accused shall enjoy the right to... *public* trial ... to be *informed* of the nature and cause of the accusation..." *See* Amend. VI. (emphasis added.)

61.     "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." *See* Amend. IX.

62.     "The *powers not delegated* to the United States by the Constitution, nor prohibited by it to the States, are *reserved* to the States respectively, or *to the people*.  *See* Amend. X. (emphasis added.)

63. "... nor deny to any person within its jurisdiction the equal protection of the laws." *See* Amend. XIV.

64. SCOTUS has a duty of assuring just administration within all inferior courts and to reverse error by reviewing record from lower courts. The courts have availability to preserve video record which for some litigants adds the possibility of a more positive outcome on appeal, *inter alia*, a more detailed record that offers insight on the impact the alleged error had on the courtroom dynamics.

65. Based upon the acts described *supra*, SCOTUS knowingly allowed, failed to take necessary measures, and/or failed to recognize the possibility of here-in described fraudulent presentment of property that controls administration of justice in violation of constitutional due process fair and meaningful access to the courts.

66. As a result of the fake case presented to the court of law, fake precedent was made that does not represent what occurs in real life correctly. When the court placed its seal on the case, it signed off on the fraud, and as result of the fraud, Liviz's case was thrown out without a hearing. The basis of Liviz's case being thrown out *See Ilya Liviz v. Supreme Judicial Court of The Commonwealth of Massachusetts, et al*., CA no. 17-12345, doc. 57, at p. 5 (D. Mass. 2018) (Relying on Amadi to justify Abstention by: 1) qualifying type of proceeding; 2) implicate important state interests; 3) state is able to adjudicate federal claims).

67. There are key difference that are present in these type of cases/scenarios that were never recognized by the individuals that were maintaining the "mirror" case which lead to insufficient presentment of argument and circumstance of such cases. This jurist did not even get a hearing because *Amadi's* precedent kept Liviz from having access to the court.

68. Because the court allowed *Amadi's* mirror case to function like a real case, Liviz did not have equal and fair application of the law; options were limited based on curtailing of court procedure.

## COUNTS IV-VII
(Civil Rights Violation Deprivation of Due Process: IV) Right To Fair and Meaningful Access to Court of Law; V) Equal Application of Laws; VI) Failure to Intervene and VII) Obstruction of Justice & Violation of Right of Access to the Courts.)

69. Liviz incorporates and re-alleges all of the aforementioned and foregoing allegations herein.

70. Presently availability of courtroom video recording if available only in limited courtrooms, and the selection of one venue over another is arbitrary and unfairly discriminates one pool of litigants over another; a violation of equal protection of constitutional right to due process access to a court of law in violation of 42 U.S.C. § 1983.

71. Liviz was deprived his constitutional right to due process and equal protection of the laws which will continue to repeat itself unless defendants are enjoined from allowing such fraudulent and unfair procurement of precedent through unlawful means in violation of the in violation of 42 U.S.C. § 1983.

72. As a result of Defendants' failure to intervene to prevent the violations of plaintiff's rights, plaintiff suffered pains and injuries, as well as emotional distress.  These defendants had ample and reasonable opportunities and the ability to prevent the violations, plaintiff's sufferings and harms, but they failed to prevent the violations, plaintiff's suffering and harms, but they failed to do so. Defendants' conducts are objectively unreasonable and were undertaken intentionally, with malice, reckless indifference to the rights of the plaintiff, and in total disregard to plaintiff's sufferings and the laws and the constitution.

73. Liviz avers that one of the fundamental rights protected by the Constitution is the right of access to the Courts, which lies in the foundation of orderly government, and is guaranteed by the U.S. Constitution.

74. Defendants are acting, and they have acted, to deprive and deny plaintiff of his legal access to the courts and to obstruct justice in violation of 42 U.S.C. § 1985(2).

75. Defendants' conducts caused, and still continues to cause, plaintiff loses and damages, pains and anguish, humiliation, emotional distress and physical distress.

## COUNTS VII
(Violation of The Separation of Powers)

76. Liviz incorporates and re-alleges all of the aforementioned and foregoing allegations herein.

77. *Amadi v. McManni,* No. 16-cv-10861-NMG, 2016 WL 3814597, at *4 (D. Mass. July 11, 2016), aff'd, No. 16-1960, 2017 WL 7048503 (1st Cir. Oct. 16, 2017)... *Amadi*, 2016 WL 3814597 at *4... *Amadi*, 2016 WL 3814597 at *4.")(Case dismissed without a hea

78. *Amadi*, *McMannis*, NMG, Bernand of DCF and all others parties are presenting themselves before NMG (1:16-cv-10861, & 1:16-cv-11901) and they are evaluating a state care and protection matter that is ongoing in juvenile court of Lynn MA (Dk. no. 14CP0030LY), proof of executive branch intermixing with the judicial branch.

79. Not only are the two separate branches co-interacting on the same matter, but from this fake "mirror" case came out precedent (2017 WL 7048503 (1st Cir. Oct. 16, 2017)) which results in dismissal of Liviz's case.  Liviz's case, was presented by executive and judicial branch in a different federal proceeding without Liviz's presence, and with alteration of the fact pattern; creating a fake scenario and taking away Liviz's right to be informed of the nature and cause of the accusation, due process to access to the court, confront his accusers, cross examine the witnesses.

80. Because this fake case was taken up on appeal and first circuit issued their opinion, Maine, Massachusetts, New Hampshire, Puerto Rico and Rhode Island now must comply with precedent that was created in concert with the judicial and executive branch, which is exercise of usurp authority; promulgation of law (with some exceptions) is left to the legislative branch (congress).

## COUNTS VI
### (Breach of Implied Warranty and Fair Dealing)

81. Liviz incorporates and re-alleges all of the aforementioned and foregoing allegations herein.

82. Liviz and the district court's administrative function entered into an agreement. The clerk charges fee to appeal or petition SCOTUS. *See* 28 U.S. C. § 1911

83. The fees and costs to be charged and collected in each court of appeals shall be prescribed from time to time by the Judicial Conference of the United States. Such fees and costs shall be reasonable and uniform in all the circuits." *See* 28 U.S. C. § 1913

84. "The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350, except that on application for a writ of habeas corpus the filing fee shall be $5." *See* 28 U.S.C. § 1914(a)

85. Judiciary has many ways to charge litigants, and it does so at every step of the litigation. *See* 28 U.S.C. §§ 1911-1932.

86. Liviz was able to have waiver of fees, nevertheless there were still associated to court fees, such as cost of Pacer, and other incidental fees.

87. Because there is an exchange of value for serves, there is consideration for a contract. Liviz must abide with the rules, and as long as he does, there is an implied contract that the administration of the court will be provided fairly and equally as it is required to do so for all.

88. Because the court relied upon fraudulent outside case to apply to Liviz's case, the implied covenant of fair dealing was breached.  The breach is ongoing, and will deprive Liviz the benefit of again unless the court shall enter an injunction to prevent such conduct.

89. Liviz's matter was thrown out based on fake legal opinions issued by the court house which charges "admission" fee.  The court breached its duty to fair and just administration within the court when it allowed reliance on fake legal opinion; doing sue is a substantial and material breach that amounts to Denial of access to fair and meaningful court of law. Moreover, the presence of fake legal opinion means there will be unequal application of the

law; an equal protection violation that is a direct result of the implied warranty of fair dealings breach.

## COUNTS VII
### (Violation of Federal Tort Claims Act)

90. Liviz incorporates and re-alleges all of the aforementioned and foregoing allegations herein.

91. Under the Federal Tort Claims Act ("FTCA") Federal agency includes the judicial branch. *See* 28 U.S.C. § 2671.

92. The FTCA prerequisite for money damages requires; "the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing and sent by certified or registered mail." *See* 28 U.S.C. § 2674(a). However, it is not applicable to this case, inter alia, redress limited to declaration and injunctive relief which would address the Primary Theory for Claim of Action *supra*.

93. "The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances..." *See* 28 U.S.C. § 2674, at ¶ 1.

94. "The United States shall be entitled to assert any defense based upon judicial or legislative immunity which otherwise would have been available to the employee of the United States whose act or omission gave rise to the claim, as well as any other defenses to which the United States is entitled." *See id.* at ¶ 2.[12]

95. Application of *Liviz* Judicial Immunity doctrine (Ilya Liviz v. Supreme Judicial Court of The Commonwealth of Massachusetts, dk. 18-1340 1st. Cir. 2018) determined Defendants enjoy benefit from judicial immunity; thus, the complaint appropriately seeks only declaratory and injunctive relief.

96. Congress has recognized presence of fraud warrants greater protections; "[s]ubject to the provisions of this title relating to civil actions on tort claims against the United States, any such award, compromise, settlement, or determination shall be final and conclusive on all officers of the Government, *except when procured by means of fraud*." *See* 28 U.S.C. § 2672 (emphasis added).

## COUNTS VIII
### (Violation of False Claim Act)
### (Alternate Legal Theory If Need)

---

[12] A paragraph ("¶") represents three lines or more; thus the first five lines of 28 U.S. C. § 2672 represent ¶ 1.

97.  Liviz incorporates and re-alleges all of the aforementioned and foregoing allegations herein.

98.  SCOTUS by oath or affirmation of duties, with judicial Power of the United States pursuant to Art. III., § 1, and supreme appellate Jurisdiction as to Law and Fact pursuant to Art. III., § 2, at ¶ 2. has the final authority to prevent fraudulently made property, anticipate such fraudulent misconduct, and help preserve evidence, by way of video record, that helps litigants to prove the presence and extent of error involved in the making of property.

99.  Congress is able to regulate commerce pursuant to the U.S. Constitution granting congress authority to make all laws which shall be necessary and proper for execution of powers vested by the Constitution.  *See* Art. I, in § 8, at ¶¶ 3 & 18.

100.  "In general any person who knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim; conspires to commit a violation of subparagraph (A), (B), (D), (E), (F), or (G); has possession, custody, or control of property or money used, or to be used, by the Government and knowingly delivers, or causes to be delivered, less than all of that money or property..." is liable for a civil penalty. *See* 31 U.S.C. §§ 3729 (a)(1)(B) - (D)

101.  "The term *knowingly* mean that a person, with respect to information, has actual knowledge of the information; acts in deliberate ignorance of the truth or falsity of the information; or acts in reckless disregard of the truth or falsity of the information; and require no proof of specific intent to defraud..."  *See* 31 U.S.C. § 3729 (b)(1)(A) & (B).

102.  "The term *material* means having a natural tendency to influence, or be capable of influencing ... property."  *See* 31 U.S.C. § 3729 (b)(4).

### Submission of Claim Without Seal

103.  "The complaint shall be filed in camera, shall  remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." *See* 31 U.S.C. § 3730. However, this claim can survive under constitutional claims or civil rights claim, therefore amending the complaint as Relator to include United States as a party, while reserved, is not necessary at this juncture.  Limited purpose of this complain pertain to administrative right to video court recording.

104.  The local rules, other than to require a motion to impound to be filed with the pleadings when seeking to impound, do not address any duty of counsel for impoundment of material pursuant to an Act of Congress.  *See* LR 7.2(a).  However; "[c]ases which include sealed or *ex parte* documents and supporting materials presented contemporaneously with civil case opening documents **may** be filed and served initially in paper format and not electronically."  *See* LR 5.4(c) (Emphasis added it is "may" and not "shall"; the later would place a duty to open the case via paper filling only.)

105. There is an inherent safeguard within the court system that allows the court to redact or protect matters by request or *sua sponte* order filing under seal matters such as: 1) victim or third-party privacy; 2) presence of privilege; 3) need for secrecy for grand jury or criminal investigation; 4) personal privacy; and 5) exceptional circumstance. LR 83.6.11 This rule is primarily for public's protection with availability to fashion orders to protect public from further attorney misconduct. *See ibid.* Liviz is presenting information for public benefit, and moreover submits it under the First Amendment concerning issues of administration of justice and not that of any individual person/s.

106. The property is already available for view by the public. But the fraudulent method for creating it has not been disclosed till now. Which means while the "property" is on display, no one knows that it is in fact based on a fake case; therefore first public presentment pursuant to the First Amendment freedom of speech.

107. Congress The FCA "[b]y its plain terms, the public disclosure bar applies to some methods of public disclosure and not to others. *See Schindler Elevator Corp. v. United States ex rel. Kirk*, 563 U.S. 401, at [21] (2011)."[T]he FCA's public disclosure bar . . . deprives courts of jurisdiction over *qui tam* suits when the relevant information has already entered the public domain through *certain channels*" (emphasis added). *See ibid.* "But it may be that a relator who comes by that information from a different  source has a legitimate argument that his lawsuit is not "based upon" the initial public disclosure. 31 U.S.C. § 3730(e)(4)(A)." *See id*. at [***839].

108. Liviz is a relator in the context of the FCA *qui tam* action warranting video recording as only method of proving and preventing fraud in the court. "A person may bring a civil action for a violation of 31 U.S.C. § 3729 for the person and for the United States Government." *See* 31 U.S.C. § 3730.

109. The people, officers of the court, attorneys,  jurists, esquires, legal scholars, federal judges, and federal judge in United States District Court for the District of Massachusetts Eastern Division, relied upon the fraudulent property, to render decision based on the meaning of the property, result of which affected litigants within the Commonwealth.

110. The federal judge in United States District Court for the District of Massachusetts Eastern Division was unaware of the falsity of the property, false pretenses of creation of the property, and pursuant to the authority of the property, judges in lower court were stripped of subject matter jurisdiction with dismissal of litigants action as only remedy judge had authority to make.

111. The extent or magnitude of the falsity presented by property can only be proved by a video record. The video record would show the fraudulent interaction between the people that is not evident on transcript. Availability of video proof should be made to the people to assure integrity of the judiciary and administration of justice.

112. The United States and the general public have been damaged as a result of Defendant's violations of the False Claims Act.

## RELIEF REQUESTED

For the reasons set forth above, Liviz respectfully requests this Court to find SCOTUS has damaged the United States Government, integrity of the judiciary, and availability of due process fair and meaningful access to the court, by allowing or preventing such conduct within the court that they are in charge of.  Award an amount pursuant to Act, constitution or Law. Liviz requests this honorable court to issue Declaratory Relief, temporary injunction followed by permanent injunction enjoying defendants from allowing use of court proceeding to create precedent based on fake facts, and grant any other relief this Honorable Court deems fair and just.

The aforementioned is true, accurate and correct, to the best of my knowledge, recollection, and interpretation.  Signed under pains and penalty of perjury on this Ninth day of December in the year of 2018 of our Lord.

Respectfully submitted,

/s/ Chief Jurist Ilya Liviz D.L.D.
Civil Rights & Civil Liberties Advocate

 */s/* Chief Jurist Ilya Liviz D.L.D.
National Academy for Jurists
Date: 12/10/2018                           LIVIZ LAW OFFICE
200 Central St., No. 1
Lowell, MA 01852
www.Liviz.com
www.NAFJ.US
**FOR THE PEOPLE**          1 (978) 606-5326
by                                 ilya.liviz@gmail.com
***JURIST* FOR JUSTICE**          B.B.O.# 686409
of
**U. S. A**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and regular email to the department of justice and SCOTUS.

Dated: 12/10/2018          /s/ Chief Jurist Ilya Liviz D.L.D.
Civil Rights & Civil Liberties Advocate