UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Liviz v. Supreme Court of the United States of America et al

District Court Number: 18cv12532-ADB

Fee: Paid? Yes ____ No  X    Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending        Yes ____ No  X         Sealed documents      Yes ____ No  X  
If yes, document # _____              If yes, document # _____

*Ex parte* documents   Yes ____ No  X         Transcripts           Yes ____ No  X  
If yes, document # _____              If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____ Other: ____

Appeal from:

#6 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#5, #6, #9, #11, and #12

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  11   filed on December 17, 2018 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  December 18, 2018 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**